J. Stephen Peek, Esq.
Nevada Bar No. 1758
Gregory S. Gilbert, Esq.
Nevada Bar No. 6310
David J. Freeman, Esq.
Nevada Bar No. 10045
**HOLLAND & HART** LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel:   (702) 669-4600
Fax:   (702) 669-4650
Email:  speek@hollandhart.com
        gsgilbert@hollandhart.com
        dfreeman@hollandhart.com

*Attorneys for Defendants FJM Corp.,
Charles Jeffrey and Frances E. Moore*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REALTY EXECUTIVES INTL. SVCS., LLC, an Arizona Limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FJM CORP., a Nevada corporation, dba REALTY EXECUTIVES OF NEVADA; CHARLES JEFFREY MOORE and FRANCES E. MOORE, a married couple; BROKERS HOLDINGS, LLC, a Utah limited liability company dba ERA BROKERS CONSOLIDATED,<br><br>Defendants. | Case No.: 2:16-cv-01511-RFB-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

HOLLAND & HART LLP, is hereby substituted as attorneys of record for Defendants FJM CORP., erroneously sued as FJM CORP., a Nevada corporation, dba REALTY EXECUTIVES OF NEVADA, CHARLES JEFFREY MOORE and FRANCES E. MOORE (collectively, the "Defendants"), in the above-entitled action, in place and stead of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD.

CHARLES JEFFREY MOORE

_/s/ JM Moore_
Dated: 7/13/16

FRANCES E. MOORE

_/s/ Frances E. Moore_
Dated: 7/13/16

FJM Corp., erroneously sued as FJM CORP., a Nevada corporation, dba REALTY EXECUTIVES OF NEVADA

_FJM_
By: _/s/ JM_
Its: SECURITY/TREASURER
Dated: ___

J. Stephen Peek, Esq., Gregory S. Gilbert and David J. Freeman, Esq. of HOLLAND & HART LLP, hereby consent to the substitution as attorneys of record for Defendants FJM CORP., erroneously sued as FJM CORP., a Nevada corporation, dba REALTY EXECUTIVES OF NEVADA, CHARLES JEFFREY MOORE and FRANCES E. MOORE, in the above entitled matter.

DATED this 18TH day of July, 2016.

HOLLAND & HART LLP

/s/ J. Stephen Peek
J. Stephen Peek, Esq. (1758)
Gregory S. Gilbert, Esq. (6310)
David J. Freeman, Esq. (10045)
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendants FJM Corp.,
Charles Jeffrey and Frances E. Moore*

Martin J. Kravitz, Esq., Gary E. Schnitzer, Esq. and Adam J. Wax, Esq., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD, hereby agree and consent to the substitution of HOLLAND & HART LLP as attorneys of record for Defendants FJM CORP., erroneously sued as FJM CORP., a Nevada corporation, dba REALTY EXECUTIVES OF NEVADA,

///
///
///
///
///

1  CHARLES JEFFREY MOORE and FRANCES E. MOORE, in the above-entitled action in the
2  place and stead of KRAVITZ, SCHNITZER & JOHNSON, CHTD.
3        DATED this __14__ day of July, 2016.

                        KRAVITZ, SCHNITZER & JOHNSON, CHTD.

                        Martin J. Kravits, Esq. (83)
                        Gary E. Schnitzer (395)
                        Adam J. Wax (12126)
                        8985 S. Eastern Ave., Ste. 200
                        Las Vegas, Nevada 89123

                        *Former Attorneys for Mortgage Electronic Attorneys for Defendants FJM Corp., Charles Jeffrey and Frances E. Moore*

**IT IS SO ORDERED:**

Dated:  July 19, 2016

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and am employed in Clark County, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is 9555 Hillwood Drive, 2nd Floor, Las Vegas, Nevada 89134.

On this 8th day of July, 2016, I served the document described as **SUBSTITUTION OF COUNSEL** on the interested party(ies) in this action as follows:

| | |
|---|---|
| D. Chris Albright, Esq.<br>Albright, Stoddard, Warnick & Albright<br>801 So. Rancho Drive, Suite D4<br>Las Vegas, Nevada 89106<br>702) 384-7111<br>calbright@albrightstoddard.com<br><br>*Attorneys for Plaintiff Realty Executives Intl. Svcs., LLC* | Christopher D. Payne<br>Pro Hac Vice Pending<br>Payne Law Office<br>2111 E. Highland Ave., Suite 145<br>Phoenix, Arizona 85016-47352<br>(480) 420-7199<br>chris@cpaynelaw.com<br><br>*Attorneys for Plaintiff Realty Executives Intl. Svcs., LLC* |

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

☐ **BY FEDERAL EXPRESS:** I served said document(s) to be delivered on the same day to a courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express.

☒ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

*[signature]*

An Employee of Holland & Hart LLP