UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REALTY EXECUTIVES INTL. SVCS., LLC,<br><br>Plaintiff,<br><br>v.<br><br>FJM CORP. D/B/A REALTY EXECUTIVES OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-01511-RFB-NJK<br><br>**<u>ORDER</u>** |

On July 8, 2016, the Court issued a Temporary Restraining Order against Defendants FJM Corporation d/b/a Realty Executives of Nevada, Charles Jeffrey Moore, Frances E. Moore, and Brokers Holdings, LLC d/b/a ERA Brokers Consolidated. ECF No. 31. By its terms, the Order expires at the close of business on July 22, 2016, unless extended beyond that time pursuant to Fed. R. Civ. P. 65(b) or dissolved earlier than that time. On July 22, 2016, the Court held a status conference in this case to determine whether it would be necessary to hold a preliminary injunction hearing. For the reasons stated on the record at the hearing, the Court finds it necessary to do so. At the hearing, the parties consented to an extension of the Temporary Restraining Order until the preliminary injunction hearing. The Court finds at this time that neither party has willfully violated the Temporary Restraining Order and that an extension of that order is necessary to ensure full compliance pending the preliminary injunction hearing. Therefore,

**IT IS ORDERED** that the Temporary Restraining Order entered by the Court on July 8, 2016 (ECF No. 31) is EXTENDED pursuant to Fed. R. Civ. P. 65(b) until the conclusion of the

1  hearing on Plaintiff's Motion for Preliminary Injunction, which is currently scheduled for August
2  18, 2016 at 2:00 p.m.

3  **IT IS FURTHER ORDERED** that the parties shall issue the revised press release
4  referenced in the Temporary Restraining Order using the language agreed to by the parties and
5  then ordered by the Court at the July 22, 2016 hearing.

7  **DATED**: July 27, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

- 2 -