# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REALTY EXECUTIVES INTL. SVCS. LLC, ) | Case No. 2:16-cv-01511-RFB-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket Nos. 50, 51, 52) |
| FJM CORP., et al., ) | |
| Defendant(s). ) | |

Pending before the Court are three deposition notices. Docket Nos. 50, 51, 52. Discovery documents must not be filed unless the Court orders otherwise. LR 26-8. No such order has been entered by the Court in this case. Because the above documents were filed in violation of Local Rule 26-8, they shall be **STRICKEN** by the Clerk.

The Court **ORDERS** counsel to cease filing discovery documents on the docket. Failure to abide by this order and Local Rule 26-8 may result in sanctions. *See, e.g.*, LR IA 11-8; Fed.R.Civ.P. 16(f).

IT IS SO ORDERED.

DATED: August 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge